**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 525 EAL 2018

               Respondent         :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

          v.                    :

                                :

                                :

JOSE MONTANEZ,               :

                                :

              Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.